UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
|    Daniel Marshman | : | |
| | : | Bankruptcy No. |
| Debtor(s) | : | 24−13199−amc |
| | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of the Debtor's Motion to Convert from a Proceeding Under Chapter 7 to a Proceeding Under Chapter 13, and after notice and hearing,

**IT IS HEREBY ORDERED**

1. The Debtor's motion to Convert is DENIED for reasons stated on the record.

**Date: January 30, 2025**

BY THE COURT:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge